DOERNBERG v. INTER–OCEAN TRANSP. CO. OF AMERICA, Inc., et al.

(Supreme Court, Appellate Term, First Department.   May 16, 1916.)

Appeal from City Court of New York, Special Term.

Action by Walter S. Doernberg against the Inter-Ocean Transportation Company of America, Incorporated, and others.   From an order denying the defendant Winfred L. Smith his motion to limit examination before trial, by eliminating matters in relation to an affirmative defense, he appeals.   Order reversed.

Argued May term, 1916, before GUY, BIJUR, and COHALAN, JJ.

Louis E. Swarts, of New York City, for appellant.

Adolph Bangser, of New York City, for respondent.

BIJUR, J.   See order No. 17, 159 N. Y. Supp. 3.   Order reversed, with $10 costs and disbursements, and order for the examination of defendant appellant before trial modified, by excluding matters relating to his affirmative defense.   All concur.